UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:16-cv-24730-CMA

STEVEN MORENO,

    Plaintiff,

vs.

FITNESS INTERNATIONAL, LLC,
a Delaware limited liability company,
d/b/a LA FITNESS, and REALTY
INCOME PROPERTIES, INC., a
Maryland corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL
## AND ORDER OF DISMISSAL

COME NOW, Plaintiff, STEVEN MORENO, and Defendants, FITNESS INTERNATIONAL, LLC, a Delaware limited liability company, d/b/a LA FITNESS, and REALTY INCOME PROPERTIES, INC., a Maryland corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 22nd day of May, 2017.

By: _____
    B. Bradley Weitz, Esq.
    THE WEITZ LAW FIRM, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-387**7**
    Email: bbw@weitzfirm.com
    *Attorney for Plaintiff*

By: _____
    Matthew R. Chait, Esq.
    SHUTTS & BOWEN LLP
    525 Okeechobee Boulevard
    Suite 1100
    West Palm Beach, FL 33401
    Telephone: (561) 650-8550
    Facsimile: (561) 822-5536
    Email: mchait@shutts.com
    *Attorneys for Defendants*

**SO ORDERED:**

_____
Hon. Cecilia M. Altonaga, U.S.D.J.

Date: _____